```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 20392
  JIMMIE LEE HAMPTON
  WATTINE HAMPTON                               CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
             Debtor
  SSN XXX-XX-6649     SSN XXX-XX-3136
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/20/05 and confirmed on 09/15/05.

    2.  The case was dismissed after confirmation, 12/20/2007.

    3.  The Debtor paid a total of $  32336.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FREMONT INVESTMENT & LOA | CURRENT MORTG | 26283.53 | .00 | 26283.53 |
| FREMONT INVESTMENT & LOA | MORTGAGE ARRE | 17248.47 | .00 | 1245.35 |
| AURORA EARHMOVERS CREDIT | UNSECURED | 4843.88 | .00 | .00 |
| B LINE LLC | UNSECURED | 1375.40 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 222.56 | .00 | .00 |

        Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 43532.00 | .00 | 6441.84 | .00 | 49973.84 |
| PRINCIPAL PAID | 27528.88 | .00 | .00 | .00 | 27528.88 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 27528.88 | .00 | .00 | .00 | 27528.88 |

The Debtor's attorney, WALLACE LAW FIRM             , was allowed $   2700.00
and was paid $    400.00  direct and $   2300.00  through the plan.

The Trustee received $   1261.12 .

Refunds to the Debtor totaled $   1246.00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 04/11/08                    /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE

```
                          PAGE   2
CASE NO. 05 B 20392 JIMMIE LEE HAMPTON & WATTINE HAMPTON
```